IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

DERRICK U. PETTIFORD,       )
                            )
            Plaintiff,      )
                            )
    v.                      )
                            )        1:22-cv-900
JAMES G. GORDON, Corporal   )
MASON J. HESTER, AUSTIN B.  )
PENDRY, and NATHAN BYERLY,  )
                            )
            Defendants.     )

FILED
JAN - 8 2024
IN THIS OFFICE
Clerk U.S. District Court
Greensboro, N.C.
By

## ORDER

On November 8, 2022 the United States Magistrate Judge's
Order and Recommendation ("Recommendation") was filed and notice
was served on the parties pursuant to 28 U.S.C. § 636. (Docs. 4,
5.) No objections were filed within the time prescribed by
Section 636.

Therefore, the court need not make a de novo review and the
Magistrate Judge's Recommendation is hereby adopted.

**IT IS THEREFORE ORDERED** that the Magistrate Judge's
Recommendation, (Doc. 4), is **ADOPTED. IT IS FURTHER ORDERED**
that Plaintiff's individual capacity claims against Defendants
Hester, Pendry, and Byerly are allowed to proceed but that the
remainder of the claims are **DISMISSED** pursuant to 28 U.S.C. §
1915A for failing to state a claim upon which relief may be
granted.

This the 8 day of January, 2024.

_William L. Ostun, Jr._
United States District Judge